UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'11 MJ 0487

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | Title 18, U.S.C. §§ 7(1) and |
| MICHAEL FRANCIS LUTZ, | ) | 2261A(1) (Interstate stalking) and 2261A(2) (Cyberstalking) |
| Defendant. | ) | |

The undersigned Complainant, being duly sworn, states:

COUNT 1

Beginning in or about and between September 2009 and January 2010, within the Southern District of California and elsewhere, the defendant Michael Francis Lutz, did travel in interstate or foreign commerce and within the special maritime and territorial jurisdiction of the United States, with the intent to kill, injure, harass, and place under surveillance with intent to kill, injure, harass, and intimidate another person, and in the course of, or as a result of, such travel placed Tiffaney Albertson in reasonable fear of the death of, or serious bodily injury to, and caused substantial emotional distress to Tiffaney Albertson, in violation of Title 18, U.S.C., Sections 7(1) and 2261A(1).

COUNT 2

Beginning in or about and between September 2009 and January 2010, within the Southern District of California and elsewhere, the defendant Michael Francis Lutz, with the intent to kill, injure, harass, and place under surveillance with intent to kill, injure, harass, and intimidate and cause substantial emotional distress to a person in another State, used the mail, an interactive computer service, and a facility of interstate or foreign commerce to engage in a course of conduct that caused substantial emotional distress to Tiffaney Albertson who was at that time in other states, New York and Louisiana, in violation of Title 18, U.S.C., Section 2261A(2).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Kelley Cichon
Special Agent, NCIS

Sworn to me and subscribed in my presence this ___ day of February, 2011.

Hon. Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

On January 14, 2010, I received information from the Commanding Officer of the USS DEWEY (DDG-105) regarding concern for the safety of the defendant Michael Francis LUTZ's former girlfriend, Tiffaney Ruth ALBERTSON, and their minor child. During the fall of 2009, LUTZ was employed by the United States Navy and stationed on the USS Dewey, and ALBERTSON lived in New York with the couple's minor son. While on leave for a few weeks in the fall of 2009, LUTZ stole ALBERTSON'S laptop computer in New York and brought it back with him to the USS Dewey in Pascagoula, Mississippi. LUTZ told ALBERTSON that he took the laptop because he was angry at her and that he would return the laptop if she would give their relationship another chance. LUTZ eventually returned the laptop to ALBERTSON in New York. Unbeknownst to ALBERTSON, however, LUTZ installed a key logging system on the laptop before returning it so that he could track ALBERTSON and find out information about her. The key logging software, installed sometime in October 2009, tracked each key that ALBERTSON typed and then transmitted that information every six hours to e-mail accounts used by LUTZ. These email accounts are: aegiskidd@gmail.com and michael.f.lutz@gmail.com.

Later, in November 2009, LUTZ began calling ALBERTSON'S New York landlord repeatedly, insisting that he not rent to ALBERTSON. During this time period, LUTZ was also contacting ALBERTSON excessively. ALBERTSON reports, for example, that LUTZ called her 140 times over the course of four days in November 2009 and sent her over 30 text messages per day. In addition to contacting ALBERTSON directly, LUTZ told other sailors on the USS Dewey that he was having some of his friends in New York follow ALBERTSON and harass her.

In December of 2009, LUTZ's Commanding Officer noticed that he was exhibiting poor work performance and expressed concern about comments that LUTZ made to his Division Officer. These comments included homicidal ideation regarding ALBERTSON and an interest in obtaining assistance from friends to harass ALBERTSON.

In mid-December 2009, LUTZ traveled from San Diego—where the USS

1  Dewey was then located—to New York.  LUTZ was arrested in New York on
2  12/22/09 and 12/26/09 after altercations between himself and ALBERTSON.
3  Thereafter, ALBERTSON filed for a protective order with the Oneida
4  County Family Court as a result of these two arrests.  ALBERTSON then
5  fled New York in fear of LUTZ and traveled to Louisiana to stay with
   her aunt and uncle.
6       At this point, LUTZ began tracking ALBERTSON via the Global
7  Positioning Service (GPS) in her cellular telephone and called ALBERTSON's
   aunt and uncle to tell them that he knew ALBERTSON's car was parked
8  in their driveway at their residence in Louisiana.  LUTZ was able to
9  track ALBERTSON in this manner because ALBERTSON's cellular telephone
10 was under LUTZ's AT&T account, and LUTZ had complete control over the
   account.  When ALBERTSON realized that LUTZ was tracking her through
11 the GPS in her cellular telephone, she disposed of her cellular telephone
12 in a recycling center in Louisiana.
13      In addition to tracking her movements through the GPS in her cellular
14 telephone, LUTZ used a fictitious Facebook account in or around December
15 2009 and January 2010 to track ALBERTSON.  A Facebook profile for "Eric
   Kemper" has been located, which appears to be the fictitious account
16 created by LUTZ.  LUTZ originally contacted ALBERTSON under the alias
17 "Eric Kemper" via the following email address:  erickemper115@gmail.com.
18      LUTZ's course of conduct, described above, has caused ALBERTSON
19 substantial emotional distress and placed her in reasonable fear of
   serious bodily injury to herself.
20
21
22                                          *Kelley Cichon*
23                                          Kelley Cichon
                                            Special Agent, NCIS
24
25
26
27
28